SCANNED

4/6/2016

To United States District Court-
District of Main

US DISTRICT COURT
DISTRICT OF MAINE
RECEIVED AND FILED
2016 APR -7 A 10: 25

DEPUTY CLERK

I am Lillian Abolo John.
Adress 45 kellogg st
PortLand ME  Zipcod 04101.
Phone number (207) 618 39 8. or (207) 45022-
36.

Pleas I know I have many claim that
made me thing that the government were-
adopted me because probLam alarund me-
abut money.

This claim aginest Residence Hotle.
adress 145 fore Streat.
PortLand ME. Zipcod 04101.
Phone (207, 76 11 660.

This campan sent me back home from-
Work they tell me that there not buse-
They didn't call me back to work and the bad
thing I fett sick the time I got better I call
them if they need me to work. Shew said not more
work for me.
she called me to go and sig for my pto
pto hour's incorder to get it.
I Went the the Campan refused me to get
my pto 26 hours.