# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| LILLIAN ABALO JOHN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No.   2:16-cv-199-GZS |
| ) | |
| RESIDENCE HOTEL, ) | |
| ) | |
| Defendant ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 3) filed June 10, 2016, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** under 28 U.S.C. §1915(e)(2)(B) for failure to state a claim upon which relief can be granted.

  /s/ George Z. Singal  
United States District Judge

Dated this 8th day of July, 2016.