UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LILLIAN ABALO JOHN )<br>Plaintiff, )<br>)<br>v. )<br>)<br>RESIDENCE HOTEL )<br>Defendant, ) | Civil No. 2:16-cv-199-GZS |

## JUDGMENT OF DISMISSAL

In accordance with the Order Affirming the Recommended Decision of the Magistrate Judge issued by U.S. District Judge George Z. Singal on July 8, 2016, the plaintiff's complaint is dismissed for failure to state a claim upon which relief can be granted. JUDGMENT of dismissal is hereby entered.

CHRISTA K. BERRY
CLERK

By:    /s/Lindsey Caron
Deputy Clerk

Dated: July 8, 2016